UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                             Chapter 13

    Nicholas Moukazis and                     Case No.
    Stephanie Moukazis
                                 <u>CHAPTER 13 PLAN</u>


                    Debtor(s)
-------------------------------------------------------X


1.  The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a total period of __60__ months, the sum of:

               $ 200.00  commencing  April 30, 2012  through and including January 30, 2014  for a period of __22__ months;

               $ 795.00  commencing  February 28, 2014  through and including March 30 , 2014  for a period of __2__ months;

               $ 1,313.00  commencing  April 30, 2014  through and including March 30 , 2017  for a period of __36__ months;

2.  From the payments so received, the trustee shall make disbursements as follows:

      (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

      Priority debt to <u>Corash & Hollender, P.C.</u> (Debtor's attorneys) for legal fees, to be paid through the plan.

      (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

      The mortgage secured by the property at <u>217 Yetman Avenue Staten Island New York</u>, and held by <u>Bank Of America</u> , Account Number Ending <u>7475</u> is current and will be paid outside the plan;

      The mortgage secured by the property at <u>217 Yetman Avenue Staten Island New York</u>, and held by <u>Sovereign Bank</u> , Account Number Ending <u>6446</u> is current and will be paid outside the plan;

      Real Estates taxes due to the City of New York are current post-petition and will be paid outside the plan.

**ALL POST-PETITION REAL ESTATE TAXES AND INCOME TAXES ARE TO BE PAID BY THE DEBTOR OUTSIDE THE PLAN.**

(c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim including student loans of not less than  45  % .**

3.  All lease agreements are hereby assumed, unless specifically rejected as follows:

Motor Vehicle lease payable to U.S. Bank for 2011 Jeep Grand Cherokee VIN# 1J4RR5GT7BC546803 is current is assumed and will be paid outside the plan.

Motor Vehicle lease payable to Nissan Motor Acceptance Corp for 2011 Nissan Maxima VIN# 1N4AA5APXBC861543 is current is assumed and will be paid outside the plan.

4.  During the pendency of this case, the debtor(s) will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period.  Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s) property shall re-vest in the debtor upon completion of the Plan, unless otherwise provided in the Order confirming this plan.  Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

_____/s/_____
Nicholas Moukazis, Debtor


_____/s/_____
Stephanie Moukazis, Joint Debtor

Dated: March 29, 2012                              _____/s/_____
                                                    By: Paul Hollender (5834)
                                                    Attorney for Debtor
                                                    Corash & Hollender, P.C.
                                                    1200 South Avenue, Suite 201
                                                    Staten Island, NY 10314
                                                    (718) 442-4424