UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

      Nicholas Mouzakis &amp;               Chapter 13
      Stephanie Mouzakis             Case No. 1-12-42299-jf

            Debtors.
-------------------------------------------------------X

STATE OF NEW YORK     )
COUNTY OF RICHMOND   ) SS:

**AFFIDAVIT**

      Brian Palma, being duly sworn, deposes and says that per a telephone conversation on

July 2, 2012, with Celia at U.S. Bank, Mr. and Mrs. Mouzakis are up to date on their post-

petition vehicle lease payments.

      Per a telephone conversation on July 2, 2012, with Steve at Nissan Infiniti, Mr. and Mrs.

Mouzakis are up to date on their post-petition vehicle lease payments.

      Per a telephone conversation on July 2, 2012, with Crystal at Bank of America, Mr. and

Mrs. Mouzakis are up to date on their post-petition mortgage payments.

      Per a telephone conversation on July 3, 2012, with Jennifer at Sovereign Bank,  Mr. and

Mrs. Mouzakis are up to date on their post-petition mortgage payments.


                                _____/S/_____
                                  Brian Palma

Sworn to before me this
3rd day of July, 2012


_____/s/_____
Notary Public