**Hearing Date: September 6, 2012 @ 10:00 a.m.**
**Objections to be filed by: August 29, 2012**

CORASH & HOLLENDER, P.C.
Attorneys for Debtors
PAUL HOLLENDER, ESQ. (PH-5834)
1200 South Avenue, Suite 201
The Corporate Park of Staten Island
Staten Island, New York 10314
Telephone: (718) 442-4424

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                                   **Chapter 13**

   Nicholas and Stephanie Moukazis,            **Case No. 1-12-42299-jf**

                     Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | Paul Hollender, Esq., Attorney for Debtors |
| RELIEF REQUESTED: | An Order pursuant to Section 330(a)(4)(B) of the Bankruptcy Code for Allowance of Attorneys Fees in Chapter 13 Case for professional services rendered and expenses incurred. |
| SUPPORTING PAPERS: | Application of Paul Hollender, Esq., dated August 8, 2012 |
| MOTION RETURNABLE: PLACE: | U.S. Bankruptcy Court for the Eastern District of New York 271 Cadman Plaza East Brooklyn, New York 11201 |
| JUDGE: | Honorable Jerome Feller |
| DATE: | September 6, 2012 |
| TIME: | 10:00 a.m. |

**PLEASE TAKE FURTHER NOTICE**, that any responses or objections to the Motion must be filed in the Office of the Clerk of the Bankruptcy Court electronically in accordance with General Order #473(General Order #473 and the Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk,

preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order #473 or by first-class mail and served upon (i) Corash & Hollender, P.C., attorneys for Debtors, 1200 South Avenue, Staten Island, New York 10314, (ii) the office of the United States Trustee, Eastern District of New York, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201, and (iii) Marianne DeRosa, Chapter 13 Trustee, 115 Eileen Way Suite 105, Syosset, New York 11791 so as **to be received no later than seven days prior to the Hearing.**

Dated: Staten Island, New York
August 8, 2012

> CORASH & HOLLENDER, P.C.
> Attorneys for Debtors
> By: PAUL HOLLENDER, ESQ. (PH 5834)
> 1200 South Avenue, Suite 201
> The Corporate Park of Staten Island
> Staten Island, New York 10314
> Telephone: (718) 442-4424

TO: Marianne DeRosa, Chapter 13 Trustee
115 Eileen Way Suite 105
Syosset, New York 11791

The Office of the United States Trustee
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201

Tammy Terrell-Benoza, Esq.
Fein, Such and Crane, LLP
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977

Tammy Terrell-Benoza, Esq.
Fein, Such and Crane, LLP
7 Century Drive, Suite 201
Parsippany, New York 07054

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Nicholas and Stephanie Moukazis
217 Yetman Avenue
Staten Island, New York 10307