# EXHIBIT A

Primary Attorney: 2 Paul Hollender

Client: 16103.00T  Moukazis/Nicholas                                              Contact:
Moukazis/Nichola       Chapter 13 Bankruptcy                                      Office: 718-876-8500
                                                                                  Home:   718-227-1147
Primary Attorney:         2 PH       Category:    33 Bankruptcy Chapter 13          *internet
Secondary Attorney:      27 BP       Rate Code: 1  Draft: 00000001  Final: 00000001 *all disbs pd
Originating Attorney:     2 PH                             Date Opened: 02/06/12    *paralegal bp
                                                                                    Prev Balance:           0.00

```
                        H T B R                                        Write
Date       Atty Cat Src P X C C Tcode Ref #   Rate    Hours   Amount   Up/Down  Description
```

**Fees**

| Date | Atty | Cat | Src | HP | TX | BC | RC | Tcode | Ref # | Rate | Hours | Amount | Write Up/Down | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/12 | 2 PH | 33 | | | | | | 1 | 19 | 350.00 | 1.80 | 630.00 | | Initial meeting with Nick to collect background and develop options. |
| 02/03/12 | 2 PH | 33 | | | | | | 1 | 20 | 350.00 | 0.90 | 315.00 | | Follow up meeting to answer questions and sign retainer. |
| 02/06/12 | 2 PH | 33 | | | | | | 10 | 21 | 0.00 | 0.00 | 7500.00 | Progress | Preparation of Chapter 13 bankruptcy petition and two court appearances $7500.00, of which $1000.00 is now due and $6500.00 shall be paid under Chapter 13 plan, or upon dismissal or conversion of case. |
| 02/06/12 | 2 PH | 33 | | | | | | 125 | 23 | 350.00 | 5.00 | 1750.00 | | Projected time for preparation, transportation, attendance and follow-up for HOC meeting. |
| 02/17/12 | 2 PH | 33 | | | | | | 1 | 1 | 350.00 | 0.30 | 105.00 | | work w/ BP on schedules. |
| 02/21/12 | 2 PH | 33 | | | | | | 1 | 2 | 350.00 | 0.30 | 105.00 | | Meet w/ BP to review bank statements |
| 03/19/12 | 2 PH | 33 | | | | | | 1 | 7 | 350.00 | 0.50 | 175.00 | | Work w/ BP on schedules. |
| 03/27/12 | 2 PH | 33 | | | | | | 1 | 8 | 350.00 | 0.80 | 280.00 | | Meeting w/ BP to review open issues. Meet w/ client to review issues and obtain explanations to facilitate Trustee's disclosure issues. |
| 03/29/12 | 2 PH | 33 | | | | | | 1 | 17 | 350.00 | 0.50 | 175.00 | | Meeting with staff to review petition. |
| 05/23/12 | 2 PH | 33 | | | | | | 341 | 41 | 350.00 | 2.00 | 700.00 | | Preparation, transportation, and attendance at 341 meeting. (1/3 of time: 3 cases) |

Billable Total:   2 Paul Hollender                    12.10   4235.00
Progress Total:   2 Paul Hollender                             7500.00

| Date | Atty | Cat | | | | | | Tcode | Ref # | Rate | Hours | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/12 | 27 BP | 33 | | | | | | 1 | 5 | 175.00 | 2.40 | 420.00 | | Calculate current monthly income statement. |
| 02/16/12 | 27 BP | 33 | | | | | | 1 | 3 | 175.00 | 1.50 | 262.50 | | Meeting with client to gather information needed for preparation and filing of Chapter 13 bankruptcy petition |
| 02/17/12 | 27 BP | 33 | | | | | | 1 | 4 | 175.00 | 2.50 | 437.50 | | Began entering information into the petition. |
| 02/21/12 | 27 BP | 33 | | | | | | 1 | 6 | 175.00 | 2.00 | 350.00 | | Continued entering information into the petition. Meeting with PH to discuss case. |
| 03/15/12 | 27 BP | 33 | | | | | | 1 | 10 | 175.00 | 1.50 | 262.50 | | Finalize draft petition. |
| 03/19/12 | 27 BP | 33 | | | | | | 1 | 11 | 175.00 | 0.50 | 87.50 | | Meeting with PH to discuss case. |
| 03/21/12 | 27 BP | 33 | | | | | | 1 | 12 | 175.00 | 1.40 | 245.00 | | Prepare draft Chapter 13 plan |
| 03/28/12 | 27 BP | 33 | | | | | | 1 | 13 | 175.00 | 0.80 | 140.00 | | Meeting with client and PH to discuss open issues. |
| 03/29/12 | 27 BP | 33 | | | | | | 1 | 14 | 175.00 | 1.50 | 262.50 | | Prepare documents in final for meeting with client. |
| 03/29/12 | 27 BP | 33 | | | | | | 1 | 15 | 175.00 | 0.50 | 87.50 | | Meeting with client to review and sign petition / Plan. |
| 03/29/12 | 27 BP | 33 | | | | | | 1 | 16 | 175.00 | 0.50 | 87.50 | | Meeting with PH to review final draft. |
| 03/30/12 | 27 BP | 33 | | | | | | 1 | 24 | 175.00 | 0.50 | 87.50 | | File petition and other relevant documents with bankruptcy court. |
| 04/05/12 | 27 BP | 33 | | | | | | 1 | 25 | 175.00 | 1.00 | 175.00 | | Prepare and send mandatory disclosure documents to trustee. Letter to client advising of 341 meeting, Hearing of Confirmation and additional information. |
| 04/12/12 | 27 BP | 33 | | | | | | 1 | 26 | 175.00 | 0.30 | 52.50 | | Letter to client advising of additional information required by case trustee. |
| 04/18/12 | 27 BP | 33 | | | | | | 1 | 27 | 175.00 | 1.50 | 262.50 | | Prepare letter to case trustee regarding additional information required for confirmation. |
| 04/20/12 | 27 BP | 33 | | | | | | 1 | 28 | 175.00 | 0.50 | 87.50 | | Telephone call and email to case trustee regarding adjournment of 341 meeting. |
| 04/23/12 | 27 BP | 33 | | | | | | 1 | 29 | 175.00 | 0.20 | 35.00 | | Telephone call with trustee's office regarding adjournment: Telephone call to client to advise of adjournment. |
| 05/22/12 | 27 BP | 33 | | | | | | 1 | 30 | 175.00 | 1.20 | 210.00 | | Prepare file for court. |
| 05/23/12 | 27 BP | 33 | | | | | | 1 | 31 | 175.00 | 0.50 | 87.50 | | Meeting with PH to update him on case status. |
| 05/30/12 | 27 BP | 33 | | | | | | 1 | 32 | 175.00 | 1.00 | 175.00 | | Prepare draft hoc presentation sheet. |
| 07/09/12 | 27 BP | 33 | | | | | | 1 | 40 | 175.00 | 1.40 | 245.00 | | Telephone conversation with trustee's office regarding HOC. Prepare file for court. |

Billable Total:   27 Brian Palma                      23.20   4060.00

| Date | Atty | Cat | | | | | | Tcode | Ref # | Rate | Hours | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/12 | 34 RB | 33 | | | | | | 35 | 18 | 175.00 | 0.50 | 87.50 | | Paralegal; Review draft of Chapter 13 petition and Plan for BP. |

Billable Total:   34 Roberta Balber                    0.50     87.50

Total Billable Fees                                   35.80   8382.50
Total Progress Fees                                            7500.00

**Payments**

| Date | | | | | | | | | Ref # | | | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/12 | | | | | | | | 48 | 1 | | | -250.00 | | Payment received, thank you: Credit card |
| 02/16/12 | | | | | | | | 48 | 2 | | | -250.00 | | Payment received, thank you: Credit card |
| 03/30/12 | | | | | | | | 16 | 3 | | | -500.00 | | Payment received, thank you: check # 133 |

Primary Attorney: 2 Paul Hollender

Client: 16103.00T Moukazis/Nicholas  (Continued)

|  |  |  | H T B R |  |  |  |  |  | Write |  |
| Date | Atty | Cat Src | P X C C | Tcode | Ref # | Rate | Hours | Amount | Up/Down | Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total Payments |  |  |  |  |  |  |  | -1000.00 |  |  |

******** R E C A P ********

| Fees: | 8382.50 |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Expenses: | 0.00 | Prev Bal: | 0.00 |  |  |
| Advances: | 0.00 | Pymt/Cr: | -1000.00 |  |  |
| Total WIP: | 8382.50 | Bal Due: | -1000.00 | Total: | 7382.50 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151+ |
| --- | --- | --- | --- | --- | --- | --- |
|  | -1000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Progress WIP:  7500.00