# EXHIBIT B

Primary Attorney: 2 Paul Hollender

Client: 16103.20M   Moukazis/Nicholas                         Contact:
Moukazis/Nichola     Fee Application                             Office: 718-876-8500
                                                                  Home: 718-227-1147

Primary Attorney:       2 PH      Category:   38 Additional work/ch. 13
Secondary Attorney:     27 BP     Rate Code: 1   Draft: 00000001   Final: 00000001
Originating Attorney:   2 PH                        Date Opened: 07/12/12
                                                                               Prev Balance:         0.00

| Date | Atty | Cat | Src | H P | T X | B C | R C | Tcode | Ref # | Rate | Hours | Amount | Write Up/Down | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fees | | | | | | | | | | | | | | |
| 05/24/12 | 2 PH | 38 | U | | 2 | | | 1 | 2 | 350.00 | 0.70 | 245.00 | | Start working on form for fee application (1/3 of time for 3 applications) |
| 05/25/12 | 2 PH | 38 | U | | 2 | | | 1 | 3 | 350.00 | 0.70 | 245.00 | | Continue working on form for fee application (1/3 of time for 3 applications) |
| 05/27/12 | 2 PH | 38 | U | | 2 | | | 1 | 4 | 350.00 | 0.80 | 280.00 | | Continue working on form for fee application (1/3 of time for 3 applications) |
| 05/28/12 | 2 PH | 38 | U | | 2 | | | 1 | 5 | 350.00 | 0.90 | 315.00 | | Continue working on form for fee application (1/3 of time for 3 applications) |
| 05/30/12 | 2 PH | 38 | U | | 2 | | | 1 | 6 | 350.00 | 0.20 | 70.00 | | Continue working on form for fee application (1/3 of time for 3 applications) |
| 05/31/12 | 2 PH | 38 | U | | 2 | | | 1 | 7 | 350.00 | 0.60 | 210.00 | | Continue working on form for fee application (1/3 of time for 3 applications) |
| 07/12/12 | 2 PH | 38 | U | | 2 | | | 1 | 1 | 350.00 | 2.30 | 805.00 | | Complete fee application wtih case-specific details |
| 07/18/12 | 2 PH | 38 | U | | 2 | | | 1 | 10 | 350.00 | 0.50 | 175.00 | | Final proofread and editing of fee application |
| Non-Bill Total: | 2 Paul Hollender | | | | | | | | | | 6.70 | 2345.00 | | |
| 06/06/12 | 27 BP | 38 | U | | 2 | | | 1 | 8 | 175.00 | 1.80 | 315.00 | | Work on preparing draft fee application. |
| 07/13/12 | 27 BP | 38 | U | | 2 | | | 1 | 11 | 175.00 | 2.40 | 420.00 | | Work with PH on fee application and changes |
| 07/18/12 | 27 BP | 38 | U | | 2 | | | 1 | 12 | 175.00 | 0.50 | 87.50 | | Review PH's changes to fee application. |
| 07/20/12 | 27 BP | 38 | U | | 2 | | | 1 | 13 | 175.00 | 0.20 | 35.00 | | Meeting with PH to review fee application |
| Non-Bill Total: | 27 Brian Palma | | | | | | | | | | 4.90 | 857.50 | | |
| Total Non-Billable Fees | | | | | | | | | | | 11.60 | 3202.50 | | |

******** R E C A P ********

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 0.00 | | | | |
| Expenses: | 0.00 | Prev Bal: | 0.00 | | |
| Advances: | 0.00 | Pymt/Cr: | 0.00 | | |
| Total WIP: | 0.00 | Bal Due: | 0.00 | Total: | 0.00 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151+ |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |